Tino X. Do, Esq. (SBN 172509)
Siddharth Jhans, Esq. (SBN 254165)
SALTZMAN & JOHNSON LAW CORPORATION
1141 Harbor Bay Parkway, Suite 100
Alameda, CA 94502
Telephone: (510) 906-4710
Email: tdo@sjlawcorp.com
Email: sjhans@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund for Northern California, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.<br><br>Plaintiffs,<br><br>v.<br><br>T & D SERVICES, INC., et al.<br><br>Defendants. | Case No.: 4:22-cv-00899-LB<br><br>**PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS; DECLARATION OF SIDDHATH JHANS IN SUPPORT THEREOF; [PROPOSED] ORDER THEREON** |

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request that the Court issue an Order further extending the time to accomplish service of the Summons and Complaint on Defendants by ninety (90) days. Good cause exists for the granting of the extension as follows:

1. As the Court's records will reflect, Plaintiffs filed a Complaint in this matter on February 14, 2022 (Dkt. #1).

2. Shortly after the Complaint was filed, Plaintiffs were contacted by Defendant Donald Thomas Van Dyke on behalf of himself and T & D Services, Inc., dba Trenchless, a California Corporation (Defendants). Defendants expressed a desire to resolve the matter. To that effect,

1

**PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS; DECLARATION OF SIDDHATH JHANS IN SUPPORT THEREOF; [PROPOSED] ORDER THEREON**
**Case No. 4:22-cv-00899-LB**

\\SJLAW-FILES\Public\CLIENTS\OE3CL\T & D Services 2\Pleadings\Word Versions + Fillable .PDFs\Extension of Time to Serve.docx

1 Defendants have made some payments towards the total amount due. On April 28, 2022, Plaintiffs have offered a proposed settlement offer to Defendants and are currently awaiting a response.

3. Based on the above, the Plaintiffs intend to reach a settlement. Therefore, Plaintiffs respectfully request that the Court issue an Order extending the time for service of Summons and Complaint for a period of ninety (90) days to allow time for the Parties to prepare, finalize and execute a settlement agreement, file a Notice of Settlement and Notice of Dismissal with the Court.

Respectfully submitted,

DATED: May 2, 2022

**SALTZMAN & JOHNSON LAW CORPORATION**

By: _____/s/_____
Tino X. Do
Siddharth Jhans
Attorneys for Operating Engineers' Health And Welfare Trust Fund, et al.

**IT IS SO ORDERED**

Plaintiffs have up to and including _____, 2022 to serve the Summons and Complaint in this action.

DATED:_____, 2022

_____
UNITED STATES MAGISTRATE JUDGE
LAUREL BEELER

2
**PLAINTIFFS' REQUEST FOR AN EXTENSION OF TIME TO SERVE DEFENDANTS; DECLARATION OF SIDDHATH JHANS IN SUPPORT THEREOF; [PROPOSED] ORDER THEREON**
**Case No. 4:22-cv-00899-LB**

\\SJLAW-FILES\Public\CLIENTS\OE3CL\T & D Services 2\Pleadings\Word Versions + Fillable .PDFs\Extension of Time to Serve.docx